UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GWENDOLYN LEE JACKSON,

                    Plaintiff,

        v.

NANCY BERRYHILL,

                    Defendant.

CASE NO. C17-5719 RAJ

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff Gwendolyn Lee Jackson's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to Plaintiff.

DATED this 12th day of September, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge